UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN ELECTRICAL EMPLOYEES
HEALTH AND WELFARE PLAN,
WISCONSIN IBEW-NECA RETIREMENT PLAN,
STEVENS POINT AREA ELECTRICAL WORKERS
JOINT APPRENTICESHIP AND TRAINING TRUST FUND,
WISCONSIN ELECTRICAL EMPLOYEES
APPRENTICESHIP COORDINATOR FUND,
and LOYAL D. O'LEARY and DEAN LICHT,
in their capacity as Trustees of the Funds,

          Plaintiffs,

vs.                                        Case No. 08-C-153

LIND ELECTRIC SERVICE INCORPORATED,

          Defendant.

### ORDER FOR DISMISSAL

Upon all the filings and proceedings had, and more particularly upon the annexed stipulation assigned by the parties;

**IT IS HEREBY ORDERED** that the annexed stipulation is adopted as the order of this court, and that this case be and hereby is dismissed pursuant to the terms of the stipulation by and between the parties to this action.

Dated this 11th day of June, 2008 by the court.

                                                        Barbara B. Crabb
                                                        U.S. District Court Judge

REINHART\2344598