IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN ELECTRICAL
EMPLOYEES HEALTH AND
WELFARE PLAN, WISCONSIN
IBEW-NECA RETIREMENT PLAN,
STEVENS POINT AREA
ELECTRICAL WORKERS JOINT
APPRENTICESHIP AND TRAINING
TRUST FUND, WISCONSIN
ELECTRICAL EMPLOYEES
APPRENTICESHIP COORDINATOR
FUND, and LOYAL D. O'LEARY and
DEAN LICHT, in their capacity as
Trustees of the Funds,

JUDGMENT IN A CIVIL CASE

Case No. 08-c-153-bbc

    Plaintiffs,

v.

LIND ELECTRIC SERVICE
INCORPORATED,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs in the amount of $41,092.56 against defendant Lind Electric Service Incorporated.

_Peter Oppeneer_
Peter Oppeneer
Clerk of Court

2/5/09
Date